**UNITED STATES of America,
Plaintiff-Appellee**

v.

**David RODRIGUEZ-VILLAREAL, also known as David Rodriguez, also known as Abrams, Defendant-Appellant**

**No. 15-41255
Conference Calendar**

United States Court of Appeals, Fifth Circuit.

Filed December 20, 2016

Heather Harris Rattan, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, Plaintiff-Appellee

David Rodriguez-Villareal, Pro Se

Before DENNIS, PRADO, and OWEN, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**PER CURIAM:** *

The attorney appointed to represent David Rodriguez-Villareal has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rodriguez-Villareal has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.